FILED

2006 OCT 11 AM 11: 18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE HENDERSON,<br><br>        Plaintiff,<br>vs.<br>DERRAL ADAMS, Warden,<br><br>        Defendant. | CASE NO. 06CV1583-H (BLM)<br><br>**ORDER RE PETITIONER'S REQUEST** |

On September 21, 2006, Petitioner Jake Henderson ("Petitioner"), a state prisoner proceeding *pro se*, submitted a request that the Court reopen his case and grant his motion to proceed *in forma pauperis* ("IFP"). He filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on August 4, 2006. (Doc. No. 1.) The Court dismissed the habeas petition as duplicative, denied his application to proceed IFP as moot and terminated the case on August 25, 2006. (Doc. No. 3.) The Court determined that Plaintiff's petition was duplicative, as it was identical to a petition he filed on July 31, 2006 in Case No. 06cv1554-JM (RBB). (Id.) The Court **DECLINES** to reopen the case. If Plaintiff wishes to proceed, he should do so in Case No. 06cv1554-JM (RBB). This case shall remain closed.

IT IS SO ORDERED

DATED: 10/10/06

                  MARILYN L. HUFF, District Judge
                  UNITED STATES DISTRICT COURT

**COPIES TO:**

Jake Henderson
T-65101
COR
California State Prison, Corcoran
P.O. Box 4361
Corcoran, CA 93212-3461

Attorney General
State of California
Office of the Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101-5266